828

No. 792. ESSARY, EXECUTRIX, *v.* LOWDEN ET AL., TRUSTEES, ET AL. February 16, 1942. The motion for leave to file petition for rehearing is granted. The petition for rehearing is denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of these applications.

No. 813. SKIDMORE *v.* UNITED STATES. February 16, 1942. Petition for rehearing denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 154. EXHIBIT SUPPLY CO. *v.* ACE PATENTS CORP.; No. 155. GENCO, INC. *v.* ACE PATENTS CORP.; and No. 156. CHICAGO COIN MACHINE CO. *v.* ACE PATENTS CORP. March 2, 1942. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Ante,* p. 126.

No. —, original. DEWOLFE *v.* CALIFORNIA. March 2, 1942. 314 U. S. 586.

No. —, original. EX PARTE ROBERT G. ERRINGTON. March 2, 1942.

No. 868. BLACK ET AL. *v.* CALIFORNIA. March 2, 1942.

No. 810. BOEHM *v.* UNITED STATES. March 2, 1942. MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 28. CLOVERLEAF BUTTER CO. *v.* PATTERSON, COMMISSIONER OF AGRICULTURE & INDUSTRIES OF ALABAMA, ET AL. See *ante,* p. 148.